IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS HALLFORD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:18-cv-00927-ALB |
| CITY OF GREENVILLE, a municipality, | ) ) ) ) |
| Defendant. | ) |

## **O R D E R**

Upon consideration of the parties' Joint Stipulation of Dismissal (Doc. 19) filed on September 18, 2019 which comports with FED.R.CIV.P. 41(a)(1)(A)(ii), this action has been dismissed with prejudice by operation of Rule 41, on the terms agreed to and set out by the parties.

The Clerk of the Court is DIRECTED to close this case.

**DONE** this 26th day of September, 2019.

                                                                    /s/ Andrew L. Brasher  
                                              ANDREW L. BRASHER  
                                              UNITED STATES DISTRICT JUDGE